**Alex MOLINA, Petitioner,**

v.

**DEPARTMENT OF DEFENSE, Respondent.**

No. 2011–3216.

United States Court of Appeals, Federal Circuit.

Dec. 5, 2011.

R.T. Lee III, Dublin, OH, for Petitioner.

Stacey K. Grigsby, Department of Justice, Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Larry G. TYRUES, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2010–7011.

United States Court of Appeals, Federal Circuit.

Jan. 5, 2012.

Martin F. Hockey Jr., Department of Justice, Martie S. Adelman, Michael J. Timinski, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

Mark R. Lippman, The Veterans Law Group, La Jolla, CA, Kenneth M. Carpenter, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

*ORDER*

Upon consideration of the October 3, 2011 order of the Supreme Court of the United States in *Tyrues v. Shinseki,* —— U.S. ——, 132 S.Ct. 75, 181 L.Ed.2d 2 (2011) vacating this court's judgment and remanding for further proceedings in light of *Henderson v. Shinseki,* 562 U.S. ——, 131 S.Ct. 1197, 179 L.Ed.2d 159 (2011),

IT IS ORDERED THAT:

The mandate of this court issued on April 4, 2011 is recalled, and the appeal is reinstated.